# EXHIBIT B

Patricia N. Syverson (CA SBN 203111)
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone:   (619) 798-4593
Email:         psyverson@bffb.com

Counsel for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Liza Lichtinger, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Procter & Gamble Company,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PATRICIA N. SYVERSON PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)** |

I, Patricia N. Syverson, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a shareholder of the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C., the counsel of record for Plaintiff in the above-entitled action.

2. Defendant The Procter & Gamble Company has done and is doing business in the Northern District of California. Such business includes the distributing, marketing, labeling, packaging and sale of Crest brand Gum & Enamel Repair toothpaste. Furthermore, Plaintiff purchased that product in Greenbrae, California.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 14, 2021

                                            BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

                                            By:   *Patricia N. Syverson*
                                                     Patricia N. Syverson (CA SBN 203111)
                                                       600 W. Broadway, Suite 900
                                                       San Diego, California 92101
                                                       Telephone:  (619) 798-4593
                                                       psyverson@bffb.com

                                            Counsel for Plaintiff and the Putative Class